OFFICE OF DISCIPLINARY COUNSEL *v.* WILLIAMS.

[Cite as Disciplinary Counsel *v.* Williams (1990), 51 Ohio St. 3d 36.]

(No. 89-2171—Submitted February 13, 1990—Decided May 9, 1990.)

*J. Warren Bettis,* disciplinary

counsel, and *Mark H. Aultman,* for relator.

*Charles W. Kettlewell,* for respondent.

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby publicly reprimanded for having violated DR 5-103(A), 5-107(A)(1), and 1-102(A)(5). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.